United States Bankruptcy Court
Central District of Illinois
226 U.S. Courthouse, 600 E. Monroe Street, Springfield, IL 62701

In re:  JON F. HOSLER, Debtor                             Case No. 03-74471

## NOTICE OF OBJECTION TO CLAIM

    Jeffrey D. Richardson, Trustee herein, hereby objects to the claim of Richard Hopp, being claim no. 1 in the amount of $8,196.40.  Said claim may be reduced, modified, or eliminated. The basis for the objection is indicated below:

( )  1 . The debtor is not indebted to the claimant.

( )  2. According to the books and records of the debtor the creditor is indebted to the estate in the sum of $_____ for _____, therefore, the estate is entitled to a set-off in said amount under §553 of the Code and the claim should only be allowed in the amount filed less the amount of the indebtedness claimed by the Trustee.

( )  3 . The debtor is not indebted to the claimant in the amount claimed, but the Trustee consents to the allowance of the claim in the amount of $_____ as appears on the schedules.

( )  4. The claim is filed as a priority claim but it does not appear from the claim that the claim is entitled to priority.  The Trustee consents to the allowance of the claim as unsecured.

( )  5. The claim is filed as secured and only unsecured claims are entitled to share in dividends. Therefore --
    ( )  The Trustee consents to the allowance of the claim as unsecured.
       OR
    ( )  The Trustee prays that the claim is DISALLOWED unless the claimant produces evidence on or before the objection date set forth below that he has a balance due over and above the value of his security.  THE CLAIMANT SHOULD FILE AN AMENDED CLAIM WITH THE COURT SETTING FORTH ANY UNSECURED DEFICIENCY (WITH ITEMIZATION ATTACHED), TO BE ALLOWED AS A GENERAL UNSECURED CLAIM HEREIN.

( )  6. The claim is a duplication of Claim No._____.

( )  7. The claim was filed late, and is therefore subordinated to timely filed claims.

(X)  8. Other: No objection to prepetition charges of $7,972.40.  Balance of October bill of $224.00 appears to be post-petition charges.

(X)  If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court at the address listed above within 20 days from the date of this notice.  You must mail your answer early enough so that the court will receive it on or before this date.  You must serve a copy of your answer on the trustee and all parties listed on the proof of service. ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.

Date: April 15, 2004                              /s/ Jeffrey D. Richardson
                                                         TRUSTEE

CERTIFICATE OF SERVICE

    The undersigned certifies that the above document was filed electronically with the Court on April 15, 2004 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

    U. S. Trustee
    Richard W. Hopp


                                    /s/ Jeffrey D. Richarsdon


JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
P. O. Box 1640
Decatur, IL 62525
Tele: 217/425-1515